UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                                       )
                Plaintiff,  )   3:09-CR-00129-LRH-VPC
                                                       )
    v.  )
                                                        )
ROSA MARIA LOPEZ-JAIMES,  )
                                                       )
                     Defendant.  )

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on December 16, 2009, against ROSA MARIA LOPEZ-JAIMES, Defendant herein. Defendant entered a plea of guilty on June 25, 2010, to a Superseding Misdemeanor Information filed May 24, 2010, and was sentenced on June 25, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

By: *[signature]*
SUE FAHAMI
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated this 30th day of June, 2010.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE